COOLEY LLP

ETHAN GLASS (216159) (eglass@cooley.com)
SAMANTHA A. STRAUSS (301406) (sastrauss@cooley.com)
1299 Pennsylvania Avenue NW Suite 700
Washington, District of Columbia 20004
Telephone:  +1 202 842 7800
Facsimile:   +1 202 842 7899

BEATRIZ MEJIA (190948) (mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
National Association of REALTORS®

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GAEL FIERRO and PATRICK THURBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, THE AGENCY REAL ESTATE FRANCHISING, LLC, COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY OF CALIFORNIA, INC., EXP REALTY OF SOUTHERN CALIFORNIA, INC., EXP REALTY OF GREATER LOS ANGELES, INC., EXP REALTY OF NORTHERN CALIFORNIA, INC., BERKSHIRE HATHAWAY, INC., BHH AFFILIATES, LLC, FIRST TEAM REAL ESTATE ORANGE COUNTY, RODEO REALTY, INC., PINNACLE ESTATE PROPERTIES, | Case No. 2:24-cv-00449-MCS-BFM<br><br>**JOINT STIPULATION TO STAY ENTIRE CASE FOR 60 DAYS AND TO FURTHER STAY PROCEEDINGS AS TO CERTAIN DEFENDANTS THROUGH FINAL APPROVAL OF NATIONWIDE SETTLEMENTS**<br><br>Judge:  Hon Mark C. Scarsi<br>Courtroom: 7C<br><br>Status Conference: May 6, 2024<br>*Action stayed pursuant to Court's order* (ECF 123) |

INC., CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC., COMBINED L.A./WESTSIDE MLS, INC., CALIFORNIA ASSOCIATION OF REALTORS, INC., GREATER LOS ANGELES REALTORS, INC., ARCADIA ASSOCIATION OF REALTORS, INCORPORATED, BURBANK ASSOCIATION OF REALTORS, CITRUS VALLEY ASSOCIATION OF REALTORS, INC., GLENDALE ASSOCIATION OF REALTORS, INGLEWOOD BOARD OF REALTORS, INC., MONTEBELLO DISTRICT ASSOCIATION OF REALTORS, INC., PALOS VERDES PENINSULA ASSOCIATION OF REALTORS, PASADENA-FOOTHILLS ASSOCIATION OF REALTORS, RANCHO SOUTHEAST REALTORS, SOUTH BAY ASSOCIATION OF REALTORS, INC., SOUTHLAND REGIONAL ASSOCIATION OF REALTORS, INC., TRI-COUNTIES ASSOCIATION OF REALTORS, WEST SAN GABRIEL VALLEY REALTORS, MALIBU ASSOCIATION OF REALTORS, INC., SOUTHWEST LOS ANGELES ASSOCIATION OF REALTORS, MADERA ASSOCIATION OF REALTORS, FRESNO BOARD OF REALTORS, INCORPORATED, MERCED COUNTY ASSOCIATION OF REALTORS, INC., MARIPOSA COUNTY BOARD OF REALTORS, INC.,

          Defendants.

     Plaintiffs Gael Fierro and Patrick Thurber (collectively, "Plaintiffs") and the Undersigned Defendants stipulate as follows:

## RECITALS

**WHEREAS**, the Plaintiffs initiated this case on January 17, 2024 (ECF No. 1);

**WHEREAS**, a Joint Stipulation for Order to Modify the Case Schedule was filed on February 13, 2024 (ECF No. 112);

**WHEREAS**, the Court denied the Joint Stipulation, but on its "own motion stay[ed] the case until the [JPML] resolves the 1407 motion," (ECF No. 123);

**WHEREAS**, this case has been stayed since February 16, 2024 (*id.*);

**WHEREAS**, on March 15, 2024, plaintiffs in *Burnett v. The National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.) ("*Burnett*"), *Moehrl v. The National Association of Realtors*, No. 1:19-cv-01610 (N.D. Ill.) ("*Moehrl*"), *Gibson v. National Association of Realtors* ("*Gibson*"), No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors* ("*Umpa*"), No. 4:23-cv-00945 (W.D. Mo.) entered into a settlement agreement ("Settlement Agreement"), attached hereto as Exhibit A, with Defendant National Association of REALTORS® ("NAR"), which, if approved, would constitute a nationwide settlement against the "Released Parties," as defined in the Settlement Agreement (Exhibit A, ¶¶ 17-18);

**WHEREAS**, on March 21, 2024, Defendant Compass, Inc., entered into a settlement agreement with plaintiffs in *Gibson* and *Umpa*, which, if approved, would constitute a nationwide settlement that may include similar claims at issue in this case;

**WHEREAS**, on April 12, 2024, the JPML issued its order denying the 1407 motion for consolidation (ECF No. 137);

**WHEREAS**, on April 18, 2024, the Court set a Status Conference for May 6, 2024, regarding the denial of consolidation (ECF No. 140);

**WHEREAS**, on April 19, 2024, the Motion for Preliminary Approval of the Settlement Agreement ("Preliminary Approval Motion") as to NAR was filed (*Burnett*, ECF No. 1458);

**WHEREAS**, on April 22, 2024, the *Burnett* court granted the Preliminary Approval Motion (*Burnett*, ECF No. 1460);

**WHEREAS**, the Settlement Agreement defines certain categories of entities, including, for example, NAR, REALTOR-Associate® Members, REALTOR® Member Boards, REALTOR® Multiple Listing Services, Non-REALTOR® Multiple Listing Services, and brokerages, and identifies what steps, if any, each category must take to qualify as a "Released Party" pursuant to the Settlement Agreement. (Exhibit A, ¶ 18);

**WHEREAS**, certain entities must expressly enter into an "opt in" agreement, and comply with certain other terms, to qualify as "Released Parties." (Exhibit A, ¶ 18);

**WHEREAS**, the "REALTOR® Defendants,"[1] do not have to enter into an "opt in" agreement in order to be considered "Released Parties" (Exhibit A, ¶ 18(b));

**WHEREAS**, certain other defendants in the above-captioned litigation must enter into an "opt in" agreement, within 60 days from the date the first Motion for Preliminary Approval is filed, and comply with certain other terms, in order to be considered "Released Parties" (Exhibit A, ¶ 18(c-f)); *see also* (¶¶ 20, 66, 67);

**WHEREAS**, on April 24, 2024, Plaintiffs and NAR, speaking on behalf of the Undersigned Defendants, met and conferred regarding the status of this case in light of the Settlement Agreement;

---

[1] The "REALTOR® Defendants" are referred to herein as NAR, California Association of Realtors, Inc. ("CAR"), Greater Los Angeles Realtors, Inc., Arcadia Association of Realtors, Burbank Association of Realtors, Citrus Valley Association of Realtors, Inc., Glendale Association of Realtors, Inglewood Board of Realtors, Inc., Montebello District Association of Realtors, Inc., Palos Verdes Peninsula Association of Realtors, Pasadena-Foothills Association of Realtors, Rancho Southwest Realtors, South Bay Association of Realtors, Inc., Southland Regional Association of Realtors, Inc., Tri-Counties Association of Realtors, West San Gabriel Valley Realtors, Malibu Association of Realtors, Southwest Los Angeles Association of Realtors, Madera Association of Realtors, Fresno Board of Realtors, Incorporated, Merced County Association of Realtors, Inc., and Mariposa County Board of Realtors, Inc.

**WHEREAS**, on April 25, 2024, Defendant BHH Affiliates, LLC executed a binding term sheet with plaintiffs in *Gibson*, *Umpa*, *Moehrl*, and *Burnett*. If approved, this would constitute a nationwide settlement that may include similar claims to those at issue in this case.

**WHEREAS**, Plaintiffs and the Undersigned Defendants have agreed that it is in the interest of judicial efficiency to:

(1) stay the case as to the "REALTOR® Defendants" through a decision on final approval of the Settlement Agreement;

(2) Stay the case as to Defendant Compass, Inc. through a decision on final approval of its settlement agreement;

(3) Stay the case as to Defendant BHH Affiliates, LLC through a decision on final approval of its settlement agreement;

( 4 ) Stay the case from the date of the Court's order as to the remaining parties for 60 days to allow other Defendants to determine whether they will "opt in" and otherwise comply the Settlement Agreement, and therefore also become "Released Parties," or to file their own motions to stay based on their own settlement agreements.  This stay does not prohibit settlement discussions, negotiations, or mediations between Plaintiffs and remaining Defendants, and/or the exchange of informal discovery to facilitate settlement;

(5) No later than 14 days after the expiration of the 60-day stay, Plaintiffs and the remaining Defendants, including any additional "Released Parties" will file a status report, including whether the above-captioned litigation should be stayed as to any new the Released Parties through final approval of the Settlement Agreement and/or propose a litigation and briefing schedule for any responses to the Complaint and/or amended complaint for any remaining Defendants in the above-captioned litigation who have not become Released Parties.

**WHEREAS**, courts in other similar actions have already granted stays in light of the Settlement Agreement:

- *Freedlund v. Redfin Corporation*, No. 2:24-cv-01561 (C.D. Cal. Apr. 16, 2024) Order granting stay as to defendants NAR and CAR through a decision on final approval, ECF No. 28;

- *Burton v. National Association of REALTORS*, No. 7:23-cv-05666 (D.S.C. Apr. 23, 2024), Order granting stay as to NAR through a decision on final approval, ECF No. 39.

## STIPULATION

**NOW THEREFORE**, Plaintiffs and the Undersigned Defendants stipulate as follows:[2]

1.   The above-captioned litigation shall remain stayed as to the REALTOR® Defendants through a determination on final approval of the Settlement Agreement;

2.   The REALTOR® Defendants will provide the Court will a status update within 10 days of a ruling on final approval of the Settlement Agreement;

3.   The above-captioned litigation shall remain stayed as to Defendant Compass, Inc. through a determination on final approval of its settlement agreement;

4.   The above-captioned litigation shall remain stayed as to Defendant BHH Affiliates, LLC through a determination on final approval of its settlement agreement;

5.   The above-captioned litigation shall remain stayed for the remaining parties for 60 days from the date of this Order, to allow the parties to

---

[2] By entering into this Stipulation, no party waives, in this or any other action, any claims, counterclaims, defenses, affirmative defenses, rights (including arbitration), or arguments, whether stemming from common law, statute, or otherwise. This expressly includes not waiving the right to argue, now or in the future, that any such claims, counterclaims, defenses, affirmative defenses, or rights (including arbitration) were waived for any reason other than by solely entering into this Stipulation.

1    determine which Defendants will remain as Defendants in the above-
2    captioned litigation;

3    6.    During the 60 day stay of litigation, Plaintiffs and the remaining
4         Defendants may engage in settlement discussions, negotiations, or
5         mediations, and/or exchange of informal discovery to facilitate
6         settlement.

7    7.    Within 14 days of the expiration of the stay, the Parties will file a status
8         report informing the Court as to whether any remaining Defendants have
9         become Released Parties; may request that the above-captioned
10        litigation be stayed as to those additional "Released Parties" through
11        final approval of the Settlement Agreement; and

12   8.    Plaintiffs and any remaining defendants who have not opted into the
13        NAR Settlement Agreement or have not otherwise settled, shall propose
14        a litigation and briefing schedule for any responses to the Complaint
15        and/or amended complaint.

16   IT IS SO STIPULATED.

Dated:      April 29, 2024                          Respectfully submitted,

                                                    */s/ Matthew B. George*
                                                    Matthew B. George (SBN 239322)
                                                    Blair E. Reed (SBN 316791)
                                                    mgeorge@kaplanfox.com
                                                    breed@kaplanfox.com
                                                    KAPLAN FOX & KILSHEIMER LLP
                                                    1999 Harrison Street, Suite 1560
                                                    Oakland, CA 94612

                                                    Frederic S. Fox
                                                    Jeffrey P. Campisi
                                                    Matthew P. McCahill
                                                    ffox@kaplanfox.com
                                                    jcampisi@kaplanfox.com
                                                    mmccahill@kaplanfox.com
                                                    KAPLAN FOX & KILSHEIMER LLP
                                                    800 Third Avenue, 38th Floor
                                                    New York, NY 10022

                                                    Justin B. Farar
                                                    jfarar@kaplanfox.com
                                                    KAPLAN FOX & KILSHEIMER LLP
                                                    12400 Wilshire Boulevard, Suite 460
                                                    Los Angeles, CA 90025

                                                    Julie Pettit
                                                    David B. Urteago
                                                    jpettit@pettitfirm.com
                                                    durteago@pettitfirm.com
                                                    THE PETTIT LAW FIRM
                                                    2101 Cedar Springs, Suite 1540
                                                    Dallas, Texas 75201

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael K. Hurst
Chris Schwegmann
Yaman Dasai
Jessica D. Cox
mhurst@lynnllp.com
cschwegmann@lynnllp.com
ydesai@lynnllp.com
jcox@lynnllp.com
LYNN PINKER HURST &
SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

*Attorneys for Plaintiffs and the
Proposed Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Ethan Glass*

Ethan Glass (216159)
eglass@cooley.com
Samantha A. Strauss (301406)
sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW Suite 700
Washington, DC 20004
Telephone:  +1 202 842 7800
Facsimile:   +1 202 842 7899

BEATRIZ MEJIA (190948)
mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant National Association of REALTORS®*

1

*/s/ Robert J. Hicks*

Robert J Hicks
Krystal Lyons
robert.hicks@streamkim.com
krystal.lyons@streamkim.com
STREAM KIM HICKS WRAGE
AND ALFARO PC
3403 Tenth Street Suite 700
Riverside, CA 92501


*Attorneys for Defendant California
Regional Multiple Listing Service,
Inc.*

*/s/ Glenn D. Pomerantz*

Glenn D. Pomerantz
Glenn.Pomerantz@mto.com
MUNGER TOLLES, & OLSON LLP
350 S Grand Ave 50th floor
Los Angeles, CA 90071
(213) 683-9100

Justin Raphael
justin.raphael@mto.com
Rebecca L. Sciarrino
rebecca.sciarrino@mto.com
MUNGER TOLLES, & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

*Attorneys for Defendant California
Association of REALTORS®, Inc.*

1

*/s/ Robert D. MacGill*

Robert D. MacGill, *pro hac vice*

Matthew T. Ciulla, *pro hac vice*

Robert.MacGill@MacGillLaw.com

Matthew.Ciulla@MacGillLaw.com

MacGILL PC

156 E. Market St.

Suite 1200

Indianapolis, IN 46204

(317) 721-1253

Jay N. Varon, *pro hac vice*

jvaron@foley.com

FOLEY & LARDNER LLP

3000 K Street NW, Suite 600

Washington, DC 20007

(202) 672-5300

Erik K. Swanholt

Anum Amin

eswanholt@foley.com

aamin@foley.com

FOLEY & LARDNER LLP

555 South Flower Street, Suite 3300

Los Angeles, CA 90071-2418

213-972-4582

*Attorneys for Defendants BHH*
*Affiliates, LLC and Berkshire*
*Hathaway Inc.*

*/s/ Julie Westcott O'Dell*

Julie Westcott O'Dell (291083)

ARMSTRONG TEASDALE LLP

19800 MacArthur Boulevard, Suite 300

Irvine, CA 92612

(858) 703-7200

jodell@atllp.com

Stephen J. Siegel (*pro hac vice*)

ARMSTRONG TEASDALE LLP

100 North Riverside Plaza

Chicago, IL 60606

(312) 419-6900

ssiegel@atllp.com

Michael Gehret (247869)

ARMSTRONG TEASDALE LLP

222 South Main Street, Suite 1830

Salt Lake City, UT 84101

(801) 401-1600

mgehret@atllp.com

Francis X. Riley III (*pro hac vice forthcoming*)

SAUL EWING LLP

650 College Road East, 4th Floor

Princeton, NJ 08540

(609) 452-3150

francis.riley@saul.com

*Attorneys for Defendants eXp World*
*Holdings, Inc.; eXp Realty of*
*California, Inc.; eXp Realty of*
*Southern California, Inc.; eXp Realty*
*of Greater Los Angeles, Inc.; eXp*
*Realty of Northern California, Inc.*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Fredric W. Trester*

Fredric W. Trester
Anthony J Ellrod
Natalya Vasyuk
Yury A Kolesnikov
Linna Thai Loangkote
MANNING AND KASS ELLROD
RAMIREZ TRESTER LLP
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017
T: 213-624-6900
F: 213-624-6999
tony.ellrod@manningkass.com
natalya.vasyuk@manningkass.com
yury.kolesnikov@manningkass.com
fred.trester@manningkass.com
linna.loangkote@manningkass.com

*Attorneys for Defendant First Team
Real Estate Orange County*

1   */s/ Chahira Solh*
2   Chahira Solh (State Bar No. 248985)
    CROWELL & MORING LLP
3   3 Park Plaza, 20th Floor
    Irvine, CA 92614
4   Tel: 949-263-8400
5   Fax: 949-263-8414
6   csolh@crowell.com

7   *Attorneys for Defendant*
8   *Compass, Inc.*

9   */s/ Mark C. Carlson*                     */s/ Joshua C. Stokes*
10  Mark C. Carlson                           Carol M. Silberberg
    CARLSON LAW GROUP INC                     Joshua C. Stokes
11  6300 Canoga Avenue Suite 1300             BERRY SILBERBERG STOKES PC
12  Woodland Hills, CA 91364                  11600 Washington Place
    T: 818-996-7800                           Suite 202C
13  F: 818-884-4285                           Los Angeles, CA 90066
14  Email: mcc@carlsonlawgroup.com            T: 213-986-2690
                                              F: 213-986-2677
15  *Attorneys for Defendant Rodeo*           csilberberg@berrysilberberg.com
16  *Realty, Inc.*                            jstokes@berrysilberberg.com

17                                            *Attorneys for Defendant Pinnacle*
18                                            *Estate Properties, Inc.*

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | /s/ Sara Emily Franks |
| 3 | Sara Emily Franks |
| | HINSHAW AND CULBERTSON |
| | LLP |
| 4 | 350 South Grand Avenue Suite 3600 |
| | Los Angeles, CA 90071 |
| 5 | T: 213-680-2800 |
| 6 | F: 213-614-7399 |
| | Email: sfranks@hinshawlaw.com |

*/s/ Sara Emily Franks*
Sara Emily Franks
HINSHAW AND CULBERTSON
LLP
350 South Grand Avenue Suite 3600
Los Angeles, CA 90071
T: 213-680-2800
F: 213-614-7399
Email: sfranks@hinshawlaw.com

*Attorneys for Defendant Combined L.A./Westside MLS, Inc.*

*/s/ Jenifer C. Wallis*
Jenifer C. Wallis
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
T: 310-855-3311
F: 972-628-3616
Email: jwallis@munckwilson.com

*Attorneys for Defendant*
*The Agency Real Estate Franchising, LLC*

*/s/ Edward C. Duckers*
Edward C. Duckers
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
415-617-8900
Fax: 415-617-8907
Email: ed.duckers@stoel.com

*Attorneys for Defendant Fresno Board of Realtors, Incorporated*

1

## **SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content, and have authorized the filing.

Dated:      April 29, 2024                    Respectfully submitted,

COOLEY LLP


By: */s/ Ethan Glass*

Ethan Glass (Bar No. 216159)
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone:  202-842-7800
Facsimile:  202-842-7899
eglass@cooley.com

*Attorney for Defendant*
*National Association of*
*REALTORS®*

1

## <u>CERTIFICATE OF SERVICE (FRCP 5)</u>

2

3      I am a citizen of the United States and a resident of the District of Columbia.

4   I am over the age of eighteen years, and not a party to the within action.  My business

5   address is Cooley LLP, 1299 Pennsylvania Ave NW, Suite 700, Washington DC,

6   20004.  On the date set forth below I caused the following to be served in the manner

7   described below.

8      On April 29, 2024, I electronically filed the document listed below in the

9   United States District Court for the Central District of California, Southern Division

10   by using the CM/ECF system.

11      1. Joint Stipulation to Stay Entire Case for 60 Days and to Further Stay

12   Proceedings as to Certain Defendants Through Final Approval

13      2. Proposed Order Granting Joint Stipulation to Stay Entire Case for 60 Days

14   and to Further Stay Proceedings as to Certain Defendants Through Final Approval

15      Participants in the case who are registered CM/ECF users were served by the

16   CM/ECF system pursuant to Local Rule 5-3.2.

17      Some participants in the case are not CM/ECF users. I mailed the foregoing

18   document by first class U.S. mail or delivered it to a third-party carrier for prompt

19   delivery to the non-CM/ECF participants in Schedule A.

20

21      I declare under penalty of perjury that the foregoing is true and correct.

22

23   Executed on April 29, 2024

24   Washington, D.C.

25

26                        _/s/ Ethan Glass_

27                        Ethan Glass

28

<u>**Schedule A: List of Service**</u>

**Plaintiffs Gael Fierro and Patrick Thurber**
*Via ECF*

KAPLAN FOX & KILSHEIMER LLP
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
mgeorge@kaplanfox.com
breed@kaplanfox.com

Frederic S. Fox
Jeffrey P. Campisi
Matthew P. McCahill
800 Third Avenue, 38th Floor
New York, NY 10022
ffox@kaplanfox.com
jcampisi@kaplanfox.com
mmccahill@kaplanfox.com

Justin B. Farar
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
jfarar@kaplanfox.com

THE PETTIT LAW FIRM
Julie Pettit
David B. Urteago
2101 Cedar Springs, Suite 1540
Dallas, Texas 75201
jpettit@pettitfirm.com
durteago@pettitfirm.com

LYNN PINKER HURST & SCHWEGMANN, LLP
Michael K. Hurst
Chris Schwegmann

Yaman Dasai
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
mhurst@lynnllp.com
cschwegmann@lynnllp.com
ydesai@lynnllp.com

**Defendant The Agency Real Estate Franchising, LLC**
*Via ECF*

MUNCK WILSON MANDALA LLP
Jenifer Wallis
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
jwallis@munckwilson.com

**Defendant Compass, Inc.**
*Via ECF*

CROWELL & MORING LLP
Chahira Solh
3 Park Plaza
20th Floor
Irvine, CA 92614
CSolh@crowell.com

COOLEY LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO STAY
2:24-cv-00449-MCS-BFM

1

2

3

4

5

**Defendants eXp World Holdings, Inc.; eXp Realty of California, Inc.; eXp Realty of Southern California, Inc.; eXp Realty of Greater Los Angeles, Inc.; eXp Realty of Northern California, Inc.**
*Via ECF*

6

7

8

9

10

11

ARMSTRONG TEASDALE LLP
Julie Westcott O'Dell (291083)
19800 MacArthur Boulevard, Suite 300
Irvine, CA 92612
(858) 703-7200
jodell@atllp.com

12

13

14

Michael Gehret
222 South Main St., Suite 1830
Salt Lake City, UT 84101
MGehret@atllp.com

15

16

17

Stephen J. Siegel (*pro hac vice*)
100 North Riverside Plaza, Suite 1500
Chicago, IL 60606-1520
SSiegel@Atllp.com

18

19

20

**Defendants Berkshire Hathaway Inc. and BHH Affiliates, LLC**
*Via ECF*

21

22

23

24

25

MACGILL PC
Robert D. MacGill
Matthew T. Ciulla
156 E. Market St., Suite 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
matthew.ciulla@macgilllaw.com

26

27

28

FOLEY & LARDNER LLP
Jay Varon
3000 K Street NW, Suite 600

Washington, DC 20007
jvaron@foley.com

Erik K. Swanholt
Anum Amin
eswanholt@foley.com
aamin@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
213-972-4582

**Defendant First Team Real Estate Orange County**
*Via ECF*

MANNING AND KASS ELLROD RAMIREZ TRESTER LLP
Anthony J Ellrod
Fredric W. Trester
Linna Thai Loangkote
Natalya Vasyuk
Yury A Kolesnikov
801 South Figueroa Street 15th Floor
Los Angeles, CA 90017
213-624-6900
Fax: 213-624-6999
tony.ellrod@manningkass.com
fred.trester@manningkass.com
linna.loangkote@manningkass.com
natalya.vasyuk@manningkass.com
yury.kolesnikov@manningkass.com

**Defendant Rodeo Realty, Inc.**
*Via ECF*

CARLSON LAW GROUP INC
Mark C Carlson
6300 Canoga Avenue Suite 1300
Woodland Hills, CA 91364
818-996-7800
mcc@carlsonlawgroup.com

1

2  **Defendant Pinnacle Estate
   Properties, Inc.**

3  *Via ECF*

4
   BERRY SILBERBERG STOKES PC
5  Joshua C Stokes

6  Carol M Silberberg
   11600 Washington Place, Suite 202C
7  Los Angeles, CA 90066

8  213-986-2690
   Fax: 213-986-2677
9  jstokes@berrysilberberg.com

10 csilberberg@berrysilberberg.com

11 **Defendant    California    Regional

12 Multiple Listing Service, Inc.**
   *Via ECF*
13
   STREAM    KIM    HICKS    WRAGE
14 AND ALFARO PC

15 Robert J Hicks
   Krystal Lyons
16 3403 Tenth Street Suite 700

17 Riverside, CA 92501
   robert.hicks@streamkim.com
18 krystal.lyons@streamkim.com

19
   **Defendant Combined L.A./Westside
20 MLS, Inc.**

21 *Via ECF*

22 HINSHAW    AND    CULBERTSON

23 LLP
   Sara Emily Franks
24 350 South Grand Avenue Suite 3600

25 Los Angeles, CA 90071
   213-680-2800
26 Fax: 213-614-7399

27 sfranks@hinshawlaw.com

28

**Defendant California Association of
Realtors, Inc.**
*Via ECF*

MUNGER TOLLES, & OLSON LLP
Glenn D. Pomerantz
350 S Grand Ave 50th Floor
Los Angeles, CA 90071
Glenn.Pomerantz@mto.com

Justin Raphael
Rebecca (Becca) L. Sciarrino
560 Mission Street, 27th Floor
San Francisco, CA 94105
justin.raphael@mto.com
rebecca.sciarrino@mto.com

**Defendant Greater Los Angeles
Realtors, Inc.**
*Via US Mail to Service Agent*

Kelly G. Richardson
234 E. Colorado Blvd., Suite 100
Pasadena, CA  91101

**Defendant Arcadia Association of
Realtors, Incorporated**
*Via US Mail to Service Agent*

Andrew Cooper
601 S First Ave
Arcadia, CA  91006

**Defendant Burbank Association of
Realtors**
*Via US Mail to Service Agent*

Cheritta Smith
2006 West Magnolia Blvd
Burbank, CA  91506

| | |
|---|---|
| **Defendant Citrus Valley Association of Realtors, Inc.** | **Defendant Pasadena-Foothills Association of Realtors** |
| *Via US Mail to Service Agent* | *Via US Mail to Service Agent* |
| | |
| James E Klinkert | Kelly Richardson |
| 1407 N. Batavia, Suite 202 | 234 E. Colorado Blvd., Suite 800 |
| Orange, CA  92867 | Pasadena, CA  91101 |
| | |
| **Defendant Glendale Association of Realtors** | **Defendant Rancho Southeast Realtors** |
| *Via US Mail to Service Agent* | *Via US Mail to Service Agent* |
| | |
| David Kissinger | Thomas Jacobson |
| 124 S Isabel St | 1650 Iowa Avenue, Suite 190 |
| Glendale, CA  91205 | Riverside, CA  92507 |
| | |
| **Defendant Inglewood Board of Realtors, Inc.** | **Defendant South Bay Association of Realtors, Inc.** |
| *Via US Mail to Service Agent* | *Via US Mail to Service Agent* |
| | |
| Monique Mccord | Kelly Richardson |
| 718 E. Manchester Blvd., Ste H | 234 East Colorado Blvd |
| Inglewood, CA  90301 | Pasadena, CA  91101 |
| | |
| **Defendant Montebello District Association of Realtors, Inc.** | **Defendant Southland Regional Association of Realtors, Inc.** |
| *Via US Mail to Service Agent* | *Via US Mail to Service Agent* |
| | |
| Veronica Mendoza | James Harvey |
| 1304 W. Beverly Blvd., #100 | 7232 Balboa Blvd |
| Montebello, CA  90640 | Lake Balboa, CA  91406 |
| | |
| **Defendant Palos Verdes Peninsula Association of Realtors** | **Defendant Tri-Counties Association of Realtors** |
| *Via US Mail to Service Agent* | *Via US Mail to Service Agent* |
| | |
| T&B Attorney Service, Inc. | T&B Attorney Service, Inc. |
| 25026 Las Brisas Rd | 25026 Las Brisas Rd |
| Murrieta, CA 92562 | Murrieta, CA 92562 |

**Defendant West San Gabriel Valley Realtors**
*Via US Mail to Service Agent*

Albert Tran
1039 E. Valley Blvd, Suite B205
San Gabriel, CA  91776

**Defendant Malibu Association of Realtors, Inc.**
*Via US Mail to Service Agent*

Susan M Manners
23805 Stuart Ranch Rd
Suite 140
Malibu, CA  90265

**Defendant Southwest Los Angeles Association of Realtors**
*Via US Mail to Service Agent*

Tonya Lisath
6820 Latijera Blvd
Ste 109
Los Angeles, CA  90045

**Defendant Madera Association of Realtors**
*Via US Mail to Service Agent*

Angelica Ramirez

529 Willis Ave.
Madera, CA  93637

**Defendant Fresno Board of Realtors, Incorporated**
*Via ECF*

STOEL RIVES LLP
Edward C Duckers
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
415-617-8900
Fax: 415-617-8907
Email: ed.duckers@stoel.com

**Defendant Merced County Association of Realtors, Inc.**
*Via US Mail to Service Agent*

Syreeta Bolton
3190 M Street
Merced, CA  95348

**Defendant Mariposa County Board of Realtors, Inc.**
*Via US Mail to Service Agent*

Dianna Condell
5284 Hwy 140 Ste.3
Mariposa, CA  95338