COOLEY LLP

ETHAN GLASS (216159) (eglass@cooley.com)
1299 Pennsylvania Avenue NW Suite 700
Washington, District of Columbia 20004
Telephone:  +1 202 842 7800
Facsimile:   +1 202 842 7899

BEATRIZ MEJIA (190948) (mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
National Association of REALTORS®

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GAEL FIERRO and PATRICK THURBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, THE AGENCY REAL ESTATE FRANCHISING, LLC, COMPASS, INC., EXP WORLD HOLDINGS, INC., EXP REALTY OF CALIFORNIA, INC., EXP REALTY OF SOUTHERN CALIFORNIA, INC., EXP REALTY OF GREATER LOS ANGELES, INC., EXP REALTY OF NORTHERN CALIFORNIA, INC., BERKSHIRE HATHAWAY, INC., BHH AFFILIATES, LLC, FIRST TEAM REAL ESTATE ORANGE COUNTY, RODEO REALTY, INC., PINNACLE ESTATE PROPERTIES, INC., CALIFORNIA REGIONAL | Case No. 2:24-cv-00449-MCS-BFM<br><br>**DEFENDANTS' STATUS REPORT REGARDING FINAL APPROVAL OF SETTLEMENTS**<br><br><u>Class Action</u><br><br>Judge:  Hon Mark C. Scarsi<br>Courtroom: 7C<br><br>*Action stayed pursuant to the Court's Order* (ECF No. 148) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | MULTIPLE LISTING SERVICE, INC., COMBINED L.A./WESTSIDE MLS, INC., CALIFORNIA ASSOCIATION OF REALTORS, INC., GREATER LOS ANGELES REALTORS, INC., ARCADIA ASSOCIATION OF REALTORS, INCORPORATED, BURBANK ASSOCIATION OF REALTORS, CITRUS VALLEY ASSOCIATION OF REALTORS, INC., GLENDALE ASSOCIATION OF REALTORS, INGLEWOOD BOARD OF REALTORS, INC., MONTEBELLO DISTRICT ASSOCIATION OF REALTORS, INC., PALOS VERDES PENINSULA ASSOCIATION OF REALTORS, PASADENA-FOOTHILLS ASSOCIATION OF REALTORS, RANCHO SOUTHEAST REALTORS, SOUTH BAY ASSOCIATION OF REALTORS, INC., SOUTHLAND REGIONAL ASSOCIATION OF REALTORS, INC., TRI-COUNTIES ASSOCIATION OF REALTORS, WEST SAN GABRIEL VALLEY REALTORS, MALIBU ASSOCIATION OF REALTORS, INC., SOUTHWEST LOS ANGELES ASSOCIATION OF REALTORS, MADERA ASSOCIATION OF REALTORS, FRESNO BOARD OF REALTORS, INCORPORATED, MERCED COUNTY ASSOCIATION OF REALTORS, INC., MARIPOSA COUNTY BOARD OF REALTORS, INC.,<br><br>Defendants. |

REALTOR® Defendants[1], Defendant BHH Affiliates, LLC, Released Defendants[2], and Defendant Compass, Inc. submit this status report pursuant to the Court's April 20, 2024 Order (ECF No. 148).

On February 13, 2024, the parties filed a Joint Stipulation for Order to Modify the Case Schedule (ECF No. 112).

On February 16, 2024, the Court denied the Joint Stipulation, but on its "own motion stay[ed] the case until the [JPML] resolved the 1407 motion" (ECF No. 123).

On April 29, 2024, the parties filed a Joint Stipulation to Stay the Case pending Final Approval of Settlement Agreements (ECF No. 145).

On April 30, 2024, the Court granted the Joint Stipulation (ECF No. 148).

On November 4, 2024, the *Gibson* court granted final approval of Compass' nationwide settlement. *Gibson v. Nat'l Ass'n of REALTORS®* (*Gibson*), No. 4:23-cv-0788 (W.D. Mo. Nov. 4. 2024), ECF No. 530 ("*Gibson* Final Approval Order"). The Gibson court has not yet certified its order under Federal Rule of Civil Procedure 54(b) as a final judgment for appeal.

Objectors have since filed notices of appeal. *Gibson*, ECF Nos. 558, 561, 563.

---

[1] The "REALTOR® Defendants" are referred to herein as National Association of REALTORS®® ("NAR"), California Association of REALTORS®, Inc. ("CAR"), Greater Los Angeles REALTORS®, Inc., Arcadia Association of REALTORS®, Burbank Association of REALTORS®, Citrus Valley Association of REALTORS®, Inc., Glendale Association of REALTORS®, Inglewood Board of REALTORS®, Inc., Montebello District Association of REALTORS®, Inc., Palos Verdes Peninsula Association of REALTORS®, Pasadena-Foothills Association of REALTORS®, Rancho Southwest REALTORS®, South Bay Association of REALTORS®, Inc., Southland Regional Association of REALTORS®, Inc., Tri-Counties Association of REALTORS®, West San Gabriel Valley REALTORS®, Malibu Association of REALTORS®, Southwest Los Angeles Association of REALTORS®, Madera Association of REALTORS®, Fresno Board of REALTORS®, Incorporated, Merced County Association of REALTORS®, Inc., and Mariposa County Board of REALTORS®, Inc.

[2] The "Released Defendants" are referred to in this stipulation as The Agency Real Estate Franchising, LLC, First Team Real Estate, Rodeo Realty, Inc., Pinnacle Estate Properties, Inc., California Regional Multiple Listing Service, Inc., and Combined L.A./Westside MLS, Inc.

On November 27, 2024, the *Burnett* court granted final approval of a nationwide settlement between NAR and the Settlement Class as defined in NAR's Settlement Agreement and the court's final approval order. ECF No. 145-1 (NAR Settlement Agreement); *Burnett v. Nat'l Ass'n REALTORS®* (*Burnett*), No. 4:19-cv-00332 (W.D. Mo. Nov. 27, 2024), ECF No. 1622 ("*Burnett* Final Approval Order"). The Final Approval Order also approves the nationwide Settlement Agreement entered into with the Settlement Class and HomeServices of America, Inc. ("HSA"), BHH Affiliates, LLC ("BHH"), Long & Foster Companies, Inc., and HSF Affiliates, LLC ("HSF"). The Burnett court has not yet certified its order under Federal Rule of Civil Procedure 54(b) as a final judgment for appeal.

Objectors have since filed notices of appeal. *Burnett*, ECF Nos. 1624, 1630, 1632.

Compass, REALTOR® Defendants, BHH Affiliates, LLC, and Released Defendants respectfully request an Order from this Court continuing the stay of all deadlines as to Compass, REALTOR® Defendants, BHH Affiliates, LLC, and Released Defendants until after the exhaustion of all appeals of the *Gibson* Final Approval Order and *Burnett* Final Approval Order. Compass, REALTOR® Defendants, BHH Affiliates, LLC, and Released Defendants have conferred with Plaintiffs who consent to a stay of all deadlines as to Compass, REALTOR® Defendants, BHH Affiliates, LLC, and Released Defendants until after the exhaustion of all appeals of the *Gibson* Final Approval Order and *Burnett* Final Approval Order, except as to Rodeo Realty, Inc. Compass, REALTOR® Defendants, BHH Affiliates, LLC, and Released Defendants will file a status report within 10 days of the conclusion of any appeals of the Final Approval Order to the United States Court of Appeals for the Eighth Circuit.

Dated: December 6, 2024

Respectfully submitted,

*/s/ Ethan Glass*
Ethan Glass (216159)
eglass@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW Suite 700
Washington, DC 20004
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

BEATRIZ MEJIA (190948)
mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Samantha A. Strauss (301406)
sastrauss@cooley.com
COOLEY LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606-1511

*Attorneys for Defendant National Association of REALTORS®*

| | |
|---|---|
| */s/ Robert J. Hicks* | */s/ Gleen D. Pomerantz* |
| Robert J Hicks | Glenn D. Pomerantz |
| Krystal Lyons | Glenn.Pomerantz@mto.com |
| robert.hicks@streamkim.com | MUNGER TOLLES, & OLSON LLP |
| krystal.lyons@streamkim.com | 350 S Grand Ave 50th floor |
| STREAM KIM HICKS WRAGE AND ALFARO PC | Los Angeles, CA 90071 |
| 3403 Tenth Street Suite 700 | (213) 683-9100 |
| Riverside, CA 92501 | |
| | Justin Raphael |
| | justin.raphael@mto.com |
| | Rebecca L. Sciarrino |
| *Attorneys for Defendant California Regional Multiple Listing Service, Inc.* | rebecca.sciarrino@mto.com |
| | MUNGER TOLLES, & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105 |
| | (415) 512-4000 |
| | |
| | *Attorneys for Defendant California Association of REALTORS®, Inc.* |

| | |
|---|---|
| 1 | |
| | */s/ Robert D. MacGill*  | */s/ Fredric W. Trester* |

*/s/ Robert D. MacGill*

Robert D. MacGill, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253

Jennifer M. Keas, *pro hac vice*
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300

Erik K. Swanholt
Anum Amin
eswanholt@foley.com
aamin@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
213-972-4582

*Attorneys for Defendants BHH Affiliates, LLC*

*/s/ Fredric W. Trester*

Fredric W. Trester
Anthony J Ellrod
Natalya Vasyuk
Yury A Kolesnikov
Linna Thai Loangkote
MANNING AND KASS ELLROD RAMIREZ TRESTER LLP
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017
T: 213-624-6900
F: 213-624-6999
tony.ellrod@manningkass.com
natalya.vasyuk@manningkass.com
yury.kolesnikov@manningkass.com
fred.trester@manningkass.com
linna.loangkote@manningkass.com

*Attorneys for Defendant First Team Real Estate Orange County*

*/s/ Chahira Solh*
Chahira Solh (State Bar No. 248985)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: 949-263-8400
Fax: 949-263-8414
csolh@crowell.com

*Attorneys for Defendant Compass, Inc.*

*/s/ Mark C. Carlson*
Mark C. Carlson
CARLSON LAW GROUP INC
6300 Canoga Avenue Suite 1300
Woodland Hills, CA 91364
T: 818-996-7800
F: 818-884-4285
Email: mcc@carlsonlawgroup.com

*Attorneys for Defendant Rodeo Realty, Inc.*

*/s/ Carol M. Silberberg*
Carol M. Silberberg
Joshua C. Stokes
BERRY SILBERBERG STOKES PC
11600 Washington Place
Suite 202C
Los Angeles, CA 90066
T: 213-986-2690
F: 213-986-2677
csilberberg@berrysilberberg.com
jstokes@berrysilberberg.com

*Attorneys for Defendant Pinnacle Estate Properties, Inc.*

| | |
|---|---|
| */s/ Sara Emily Franks* | */s/ Edward C. Duckers* |
| Sara Emily Franks | Edward C. Duckers |
| HINSHAW AND CULBERTSON LLP | STOEL RIVES LLP |
| 350 South Grand Avenue Suite 3600 | 1 Montgomery Street, Suite 3230 |
| Los Angeles, CA 90071 | San Francisco, CA 94104 |
| T: 213-680-2800 | 415-617-8900 |
| F: 213-614-7399 | Fax: 415-617-8907 |
| Email: sfranks@hinshawlaw.com | Email: ed.duckers@stoel.com |
| *Attorneys for Defendant Combined L.A./Westside MLS, Inc.* | *Attorneys for Defendant Fresno Board of Realtors, Incorporated* |

*/s/ Jenifer C. Wallis*
Jenifer C. Wallis
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
T: 310-855-3311
F: 972-628-3616
Email: jwallis@munckwilson.com

*Attorneys for Defendant
The Agency Real Estate Franchising, LLC*

COOLEY LLP
ATTORNEYS AT LAW

9

DEFENDANTS' STATUS REPORT RE
FINAL APPROVAL OF SETTLEMENTS
2:24-CV-00449-MCS-BFM

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content, and have authorized the filing.

Dated: December 6, 2024

Respectfully submitted,

COOLEY LLP

By: */s/ Ethan Glass*

Ethan Glass (Bar No. 216159)
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone: 202-842-7800
Facsimile: 202-842-7899
eglass@cooley.com

*Attorney for Defendant National Association of REALTORS®*